PCM/11083

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DANIEL C. EIDSMOE, and TRACEY HOWARD DEVOS, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Case No.  20-cv-05062 |
| | ) | Honorable John J. Tharp, Jr. |
| SHOUSE LAW GROUP, a Professional Corporation; NEIL SHOUSE; LAS VEGAS DEFENSE GROUP, LLC., MICHAEL L. BECKER; AND COLORADO LEGAL DEFENSE GROUP LLC. | ) ) ) ) ) ) ) | JURY DEMANDED |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiffs respectfully notify the Court that the parties have reached a settlement that will dispose of this action, and that they expect to file a notice of dismissal within 30 days.

Respectfully submitted,

BY:  *s/ Peter C. Morse*

Attorney for DANIEL C. EIDSMOE and TRACEY HOWARD DEVOS

Peter C. Morse
**Morse Bolduc & Nardulli, LLC**
25 E. Washington Street, Suite 750
Chicago, Illinois 60602
312-251-5587 (direct)
312-376-3896 (fax)
pmorse@morseandbolduc.com
**ARDC:  6181070**