PCM/11083

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DANIEL C. EIDSMOE, and | ) | |
| TRACEY HOWARD DEVOS | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No.   20-cv-05062 |
| | ) | |
| | ) | Honorable John J. Tharp, Jr. |
| SHOUSE LAW GROUP, a Professional | ) | |
| Corporation; NEIL SHOUSE; LAS | ) | JURY DEMANDED |
| VEGAS DEFENSE GROUP, LLC., | ) | |
| MICHAEL L. BECKER; AND | ) | |
| COLORADO LEGAL DEFENSE | ) | |
| GROUP LLC. | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

To:   Joseph L. Kish, Patrick F. Sullivan, Erica J. Bury Segal McCrambridge Singer & Mahoney
233 S. Wacker St. Chicago, IL 60606 Ste. 5500.

PLEASE TAKE NOTICE THAT on **November 23, 2020** we caused to be filed with the Clerk of the Circuit Court of Cook County, the attached  **Notice of Settlement,** copies of which are attached hereto and herewith served upon you.

BY:   *s/ Peter C. Morse*

Attorney for Daniel C. Eidsmoe and Tracey Howard Devos.

**Morse Bolduc & Nardulli, LLC**
25 E. Washington Street, Suite 750
Chicago, Illinois 60602
312-251-5587 (direct)
312-376-3896 (fax)
pmorse@morseandbolduc.com

**CERTIFICATE OF SERVICE**

The undersigned, being first duly sworn under oath, states that a copy of the above-referenced document was served upon all parties of record at their respective EMAIL addresses on **November 23, 2020**
                                                      *Christine Sconce*